ORIGINAL



FILED
APR 11 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-3170-BAS |
| Plaintiff, | 14 MJ 3406 |
| v. | JUDGEMENT AND ORDER OF DISMISSAL |
| VINCENT PORTER, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA pursuant to the express terms of the parties Deferred Prosecution Agreement and in the interests of justice,

IT IS HEREBY ORDERED that the Complaint filed on October 2, 2014, Case No. 14 MJ 3406, for violations of Title 18 U.S.C. Section 1349 (Conspiracy to Commit Wire Fraud) against Defendant Vincent Porter is dismissed with prejudice.

IT IS HEREBY ORDERED that the Superseding Information filed on April 7, 2015, Case No. 14 CR 3170-BAS, for violation of Title 18 U.S.C. Section 4 (Misprision of a

Felony) against Defendant Vincent Porter is dismissed with prejudice.

IT IS HEREBY ORDERED that the above entitled case against Defendant Vincent Porter is dismissed with prejudice in its entirety.

IT IS SO ORDERED

4-7-2016
DATED

*[signature]*
HONORABLE RUBEN B. BROOKS
United States Magistrate Judge